UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAEANN LOUISE TEVLIN,<br><br>Defendant. | No. 2:19-CR-00047-TOR-1<br><br>ORDER GRANTING DEFENDANT'S EXPEDITED MOTION FOR RELEASE TO INPATIENT TREATMENT<br><br>**MOTION GRANTED**<br>   **(ECF No. 47)**<br><br>**USM ACTION REQUIRED** |

Before the Court is Defendant's Unopposed Motion for Release to Inpatient Treatment and Motion to Expedite, **ECF No. 47**. Defendant recites in her motion that the United States does not oppose this request.

Specifically, Defendant requests permission to be **released for inpatient treatment on September 19, 2019.**

The Court finding good cause, **IT IS ORDERED** Defendant's Motions, **ECF No. 47**, are **GRANTED**. Defendant shall be released to John Stuart Williams at **9:00 a.m. on September 19, 2019**. Mr. Williams will transport the Defendant directly to SPARC for inpatient treatment. Prior to release, Defendant shall complete and sign the A.O. Form 199C.

Pretrial Services will monitor Defendant while in treatment. Defendant shall comply with all directives of the U.S. Probation Officer.

Prior to commencing the treatment program, Defendant shall provide

ORDER - 1

waivers of confidentiality permitting the United States Probation Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

If Defendant terminates the treatment program before it is completed, the treatment provider and the Defendant shall immediately notify the U.S. Probation Officer, and Defendant shall immediately return to the custody of the U.S. Marshal.

On or before **October 11, 2019**, Defendant shall file a status report updating her treatment progress and advising of the date inpatient treatment will be completed.

Absent further order of the Court, Defendant shall return to the custody of the U.S. Marshal upon completion of treatment.

**IT IS SO ORDERED.**

DATED September 16, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2